UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE HOLMES,<br><br>Plaintiff,<br><br>v.<br><br>N. CARDOZA, *et al.*,<br><br>Defendants. | Case No.  2:24-cv-2190-WBS-JDP (P)<br><br><br>FINDINGS AND RECOMMENDATIONS |

This action was dismissed on November 21, 2024, after plaintiff failed to pay the filing fee and failed to prosecute the case.  ECF Nos. 6 & 7.  On February 13, 2025, plaintiff motioned to reopen the case, ECF No. 11, and I recommended that her motion be denied because she had not shown that reconsideration under Rule 60(b) was appropriate and she had failed to fulfill her duty to keep the court apprised of her most recent address.  ECF No. 12 at 2-3.  Those recommendations were adopted by the district judge on May 19, 2025. ECF No. 13.  Nearly a year later, on March 23, 2026, plaintiff filed another request to reopen the case, wherein she provides no new legal argument, but only reiterates her argument that she was not receiving mail because of issues with her address.  ECF No. 14.  The motion was referred to me by the district judge, and, after considering it, I recommend that it be denied.

1

Plaintiff has failed to provide any legal rationale for reconsidering either the dismissal of this case or the denial of her previous motion to reopen. Additionally, the interests of finality are even stronger here than at the time the previous motion to reopen was decided, as the case has now been closed for well over a year. As I explained in my previous recommendations, it is plaintiff's responsibility to keep the court apprised of her address and, while short interruptions in the provision of a valid address might be excusable in extenuating circumstances, the failure to provide a valid address for the better part of a year is not. If plaintiff wishes to pursue the claims raised in this case, she must file a new action.

Accordingly, I RECOMMEND that plaintiff's motion to reopen, ECF No. 14, be DENIED.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:    April 29, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2